UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 13-53 SRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONY SEVILLA CERNA,

    Defendant.

**INFORMATION**

(18 U.S.C. § 922(a)(6))
(18 U.S.C. § 924(a)(2))
(18 U.S.C. § 924(d))

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(False Statement During the Purchase of a Firearm)

On or about March 29, 2012, in the State and District of Minnesota, the defendant,

**JONY SEVILLA CERNA**

in connection with the acquisition of a firearm, namely a Glock, Model 17, 9mm pistol, with serial number SNV517, from Gunstop Enterprises, Inc. of Minnetonka, MN (hereinafter, "Gunstop"), a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Gunstop, which statement was intended and likely to deceive Gunstop as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 in connection with his purchase of the firearm, on which form the defendant indicated that he was the actual buyer of the firearm, when in fact the defendant was not the actual buyer of the firearm, and the defendant then knew he was not the actual buyer

SCANNED
MAR 15 2013
DISTRICT COURT MPLS

FILED MAR 15 2013
RICHARD D. SLETTEN
JUDGMENT ENTR
DEPUTY CLERK

of the firearm, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)., in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATIONS

The allegations of Count 1 of this Indictment are realleged for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d). The defendant shall forfeit any and all firearms and associated ammunition involved in any knowing violation of Count 1, including but not limited to the Glock, Model 17, 9mm pistol, with serial number SNV517.

Dated: March 15, 2013

B. TODD JONES
United States Attorney

BY: SURYA SAXENA
Assistant U.S. Attorney
Attorney ID No. 339465